**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **New Jersey**
                         (State)

Case number (*if known*): _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jerusalem Food Services Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | d/b/a Jerusalem Restaurant |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 5 3 3 4 1 4 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **99 West Mt. Pleasant Ave.** <br> Number     Street | Number     Street |
| | P.O. Box |
| **Livingston      NJ    07039** <br> City          State   ZIP Code | City          State   ZIP Code |
| County | **Location of principal assets, if different from principal place of business** <br> Number     Street <br><br> City          State   ZIP Code |

5. **Debtor's website (URL)**     www.jerusalemlivingston.com

| Debtor | Jerusalem Food Services Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

7 2 2 5 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

❑ Chapter 7

❑ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

Debtor    Jerusalem Food Services Inc.
_____    Case number (if known)_____
          Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When _____
                                                MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

_____

_____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

Debtor __Jerusalem Food Services Inc._____     Case number (if known)_____
      <sub>Name</sub>

---

**13. Debtor's estimation of available funds**

Check one:

- ● Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ● 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999

- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000

- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ● $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ● $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05-26-2024__
             MM / DD / YYYY

✗ _____     David Matthew
Signature of authorized representative of debtor     Printed name

Title __President_____

Debtor    <u>Jerusalem Food Services Inc.</u>      Case number (*if known*) _____
     Name

**18. Signature of attorney**     ✗ *Herbert K Ryder*     Date   5/27/2024
               Signature of attorney for debtor            MM   / DD / YYYY

     Herbert K. Ryder, Esq.
     Printed name
     Law Offices of Herbert K. Ryder, LLC
     Firm name
     531 U.S. Highway 22 East, Suite 182,
     Number    Street
     Whitehouse Station          NJ     08889-3695
     City                        State    ZIP Code
     (908) 838-0543          hryder@hkryderlaw.com
     Contact phone                  Email address

     01964-1999             NJ
     Bar number                   State

**DAVID MATTHEW**

**(Sole Shareholder)**

**JERUSALEM FOOD SERVICES, INC.**

**(the Company)**

**Written resolution of the sole shareholder of the Company dated May 24, 2024**

The undersigned, being the sole shareholder of Jerusalem Food Services, Inc., a corporation under the laws of the State of New Jersey (the "Company"), acting pursuant to the applicable provisions of the laws of the State of New Jersey does hereby, in lieu of a meeting of shareholders, consents to the adoption of, and does hereby adopt, the following resolution:

> RESOLVED, that David Matthew, President of the Company, be and he is hereby authorized and directed on behalf of and in the name of this Company to: (a) commence a proceeding (the "Chapter 11 Proceeding") under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); (b) to provide the books, records and assets of the Company to the Office of the United States Trustee and any subchapter V trustee that is assigned to the Company's bankruptcy case; and (c) to retain the law firm of Law Offices of Herbert K. Ryder, LLC as attorneys to prepare the petition papers and assist in the Chapter 11 Proceeding on behalf of the Company.

Dated: May 26, 2024

_____

David Matthew
Sole Shareholder of
Jerusalem Food Services, Inc.

| Fill in this information to identify the case: |
| --- |
| Debtor name    Jerusalem Food Services Inc. |
| United States Bankruptcy Court for the: _____ District of **New Jersey** <br> (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kalamata Capital Gp., LLC<br>80 Broad St., Ste. 3303<br>New York, NY 10004 | Ariel Bouskila, Esq.<br>Berkovitch & Bouskila,PLLC<br>1545 Rt. 202<br>Pomona, NY 10970<br>(212) 729-1477 | Loan | | | | $90,223.00 |
| 2 | Everest Business Funding<br>8200 NW 52nd Ter., Ste.200<br>Doral, FL 33166 | | Loan | | | | $74,403.00 |
| 3 | Funding Metrics, LLC<br>3220 Tillman Dr., Ste. 200<br>Bensalem, PA 19020 | Commercial Asset Recovery<br>1330 Ave. of the Ameicas<br>Ste. 23A<br>New York, NY 10019<br>(212) 256-1041 | Loan | | | | $64,416.00 |
| 4 | | | | | | | |
| 5 | DoorDash Capital<br>303 2nd St. S. Tower<br>Ste 800<br>San Francisco, CA 94107 | | Loan | | | | $964.00 |
| 6 | FlexFundz LLC<br>25 Pompton Ave #304,<br>Verona, NJ 07044 | Jacob Verstandig, Esq.<br>Ershowsky Verstandig PLLC<br>(516) 400-7163 | Loan | | | | $62,190.00 |
| 7 | Prosperum Cap. Partners LLC<br>8 W. 36th St., 7th Fl.<br>New York, NY 10018 | Roach & Murtha Attys at Law, P.C.<br>500 Bi County Blvd, Ste 120<br>Farmingdale, NY 11735 | Loan | | | | $25,674.00 |
| 8 | Liberis US Inc.<br>675 Ponce de Leon Ave. NE<br>Ste, 7500, 8500, NE223<br>Atlanta, GA 30308 | | Loan | | | | $74,625.00 |

Debtor  __Jerusalem Food Services, Inc._____      Case number _(if known)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Avanti Holdings, LLC 1605 King Street Alexandria, VA 22312 | The Krupnick Firm 56 Hammond Rd. Glen Cove, NY 11542 (844) 741-7800 | Loan | | | | $2,075.00 |
| 10 | Restructure Partners I, LLC | The Krupnick Firm 56 Hammond Rd. Glen Cove, NY 11542 (844) 741-7800 | Loan | | | | $8,020.00 |
| 11 | Square Fin. Svcs. Inc. 3165 E. Millrock Dr. Ste. 160 Salt Lake City, UT 84121 | | Loan | | | | $2,865.00 |
| 12 | BV Kosher Food 117 Ave. L Newark, NJ 07105 | | Trade Vendor | | | | $695.00 |
| 13 | Mellone Wholesale Produce 49 Madison St. Hackensack, NJ 07601 | | Trade Vendor | | | | $10,545.00 |
| 14 | JH Paper Co., Inc. PO Box 2112 Livingston, NJ 07039 | | Trade Vendor | | | | $4,506.00 |
| 15 | Tov 30 Cornell Peak Pomona, NY 10970 | | Trade Vendor | | | | $7,672.00 |
| 16 | Health Garden Corp. 645 Berriman St. Brooklyn, NY 11208 | | Trade Vendor | | | | $4,423.00 |
| 17 | Vaad Harabonim of Metrowest NJ Inc. 293 Eisenhower Parkway Livingston, NJ 07039 | | Trade Vendor | | | | $2,775.00 |
| 18 | Neviot Corp. PO Box 930492 Rockaway Beach, NY 11693 | | Trade Vendor | | | | $507.00 |
| 19 | Epstein Ostrove 200 Metroplex Drive, Ste 304 Edison, NJ 08817 | | Legal Fees | | | | $37,939.82 |
| 20 | Hebrew Free Loan of New Jersey 256 Columbia Turnpike Florham Park, NJ 07932 | | Loan | | | | $14,600.00 |

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Jerusalem Food Services, Inc.

United States Bankruptcy Court for the: _____ District of New Jersey
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05-26-2024          ✗ _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

David Matthew
Printed name

President
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __Jerusalem Food Services, Inc.__

United States Bankruptcy Court for the:_____ District of __New Jersey__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                          $_____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Somersset Regal Bank | Checking | 4 5 8 0 | $ 931.00 |
| 3.2. Chase Bank | Checking | 7 1 1 9 | $ 56.00 |

4. **Other cash equivalents** (*Identify all*)

   4.1. _____   $_____

   4.2. _____   $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 987.00

---

**Part 2:   Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____

   7.2. _____   $_____

---

Debtor   **Jerusalem Food Services, Inc.**_____   Case number *(if known)*_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.         $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.

    ❑ Yes. Fill in the information below.

                                                                   **Current value of debtor's
                                                                   interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ....➔      $_____
                               face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ....➔      $_____
                               face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

    ❑ Yes. Fill in the information below.

                                              **Valuation method          Current value of debtor's
                                              used for current value      interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.         $_____

---

| Debtor | Jerusalem Food Services, Inc. | Case number *(if known)* |
|--------|------------------------------|--------------------------|
|        | Name                         |                          |

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19. **Raw materials** | 5/22/2024 MM / DD / YYYY | $ | | $ 5,000.00 |
| 20. **Work in progress** | 5/22/2024 MM / DD / YYYY | $ | | $ 1,200.00 |
| 21. **Finished goods, including goods held for resale** | 5/22/2024 MM / DD / YYYY | $ | | $ 1,200.00 |
| 22. **Other inventory or supplies** | 5/22/2024 MM / DD / YYYY | $ | | $ 20,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 27,400.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor   **Jerusalem Food Services, Inc.**                          Case number *(if known)*_____
_____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                  $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No
    ❑ Yes. Is any of the debtor's property stored at the cooperative?

        ❑ No
        ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No
    ❑ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No
    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No
    ❑ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ◼ No. Go to Part 8.
    ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                  $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No
    ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❑ No
    ❑ Yes

Debtor    __Jerusalem Food Services, Inc._____    Case number (if known)_____
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Kitchen equipment, tables and chairs for a restaurant | $ see addendum | _____ | $ 34,600.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 34,600.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

---

Debtor  **Jerusalem Food Services, Inc.**                          Case number *(if known)*_____
　　　　　　Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 99 West Mt. Pleasant Ave. | Lease | $_____ | _____ | $ 0.00 |
| 55.2 Livingston, NJ 07039 | _____ | $_____ | _____ | $_____ |
| 55.3 (commercial building, presently configured as a restaurant) | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** www.jerusalemlivingston.com | $_____ | _____ | $ 0.00 |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

---

Debtor    Jerusalem Food Services, Inc.
_____    Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

                                                                          **Current value of
                                                                           debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜    $_____
                                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                           $_____

Nature of claim          _____

Amount requested         $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           $_____

Nature of claim          _____

Amount requested         $_____

76. **Trusts, equitable or future interests in property**

_____                           $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                                 $_____
_____                                 $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                           $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Jerusalem Food Services, Inc.
_____
Name

Case number (if known)_____

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 987.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $_____ | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $_____ | |
| 83. **Investments.** Copy line 17, Part 4. | $_____ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 27,400.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $_____ | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 34,600.00 | |
| 88. **Real property.** Copy line 56, Part 9. ........................➔ | | $_____ |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $_____ | |
| 90. **All other assets.** Copy line 78, Part 11. | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $ 62,987.00 | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................    $ 62,987.00

---

*In re Jerusalem Food Services, Inc.* **(Bankr. D.N.J.)**

**Addendum to Schedule A/B - Assets**

50. Other machinery, Fixtures, and equipment (excluding farm machinery and equipment)

**Equipment List:**
Tables/chairs (35 years old) = $400
Ice machine = $500
Double deck pizza oven (30 years old) = $5,000
Pizza prep table w/ refrigerated base (30 years old) = $1,000
Buffet food bars w/ refrigerated base (35 years old) = $5,000
Display stand-up freezer (8 years old) = $1,500
Gas fryers (8 years old) = $400
Double deck convection oven (4 years old) = $3,000
Kitchen freezer = $2,000
Kitchen refrigerator = $2,000
Hobart commercial 10-gallon dough mixing machine (35 years old) = $5,000
Gas range/oven = $500
Stock pot gas range = $300
Walk-in refrigerator (35 years old) = $3,000
Walk-in freezer (12 years old) = $5,000

**Total = $34,600**

| Fill in this information to identify the case: |
|---|
| Debtor name __Jerusalem Food Services, Inc.__ |
| United States Bankruptcy Court for the: _____ District of _New Jersey_ (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ● Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name
__US Small Business Administration__

Describe debtor's property that is subject to a lien
__Blanket lien on all assets of the debtor.__

$ 528,999.82        $ _____

Creditor's mailing address
__14925 Kingsport Rd__
__Fort Worth, TX 76155-2243__

Describe the lien
__Economic Injury Disaster Loan__

Is the creditor an insider or related party?
● No
☐ Yes

Creditor's email address, if known

Date debt was incurred __8/4/2021__
Last 4 digits of account number   7  9  0  7

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
● No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Describe debtor's property that is subject to a lien
_____

$ _____        $ _____

Creditor's mailing address
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number   __ __ __ __

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 528,999.82

**Fill in this information to identify the case:**

Debtor    Jerusalem Food Services, Inc.

United States Bankruptcy Court for the: _____ District of New Jersey
                                                        (State)

Case number
(if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ● Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Karla Rivera Barbosa
_____
Jaffe Glenn Law Group, P.A.
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540

**As of the petition filing date, the claim is:**   $_____     $_____
*Check all that apply.*
- ☐ Contingent
- ● Unliquidated
- ● Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Lawsuit under FLSA

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_)

---

**2.2**   Priority creditor's name and mailing address
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____     $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.3**   Priority creditor's name and mailing address
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____     $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor  Jerusalem Food Services, Inc.  _____  Case number (if known)_____
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                               Amount of claim

**3.1**  Nonpriority creditor's name and mailing address
    Avanti Holdings, LLC
    1605 King Street
    Alexandria, VA 22312

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 2,075.00

**3.2**  Nonpriority creditor's name and mailing address
    BV Kosher Food
    117 Ave. L
    Newark, NJ 07105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Vendor

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 695.00

**3.3**  Nonpriority creditor's name and mailing address
    DoorDash Capital
    303 2nd St. S. Tower
    Ste 800
    San Francisco, CA 94107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 964.00

**3.4**  Nonpriority creditor's name and mailing address
    Everest Business Funding
    8200 NW 52nd Ter., Ste.200
    Doral, FL 33166

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 74,403.00

**3.5**  Nonpriority creditor's name and mailing address
    FlexFundz LLC
    25 Pompton Ave #304,
    Verona, NJ 07044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 62,190.00

**3.6**  Nonpriority creditor's name and mailing address
    Funding Metrics, LLC
    3220 Tillman Dr., Ste. 200
    Bensalem, PA 19020

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 64,416.00

| Debtor | | Case number (if known) |
|---|---|---|
| | Name | |

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Health Garden Corp.
645 Berriman St.
Brooklyn, NY 11208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Vendor

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 4,423.00

---

**3.8** Nonpriority creditor's name and mailing address

JH Paper Co., Inc.
PO Box 2112
Livingston, NJ 07039

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 4,506.00

---

**3.9** Nonpriority creditor's name and mailing address

Kalamata Capital Gp., LLC
80 Broad St., Ste. 3303
New York, NY 10004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 90,223.00

---

**3.10** Nonpriority creditor's name and mailing address

Liberis US Inc.
675 Ponce de Leon Ave. NE
Ste, 7500, 8500, NE223
Atlanta, GA 30308

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 74,625.00

---

**3.11** Nonpriority creditor's name and mailing address

Mellone Wholesale
Produce
49 Madison St.
Hackensack, NJ 07601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Vendor

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 10,545.00

---

Debtor  __Jerusalem Food Services, Inc._____  Case number (if known)_____
　　　　　　Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

Neviot Corp.
PO Box 930492
Rockaway Beach, NY 11693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ $507.00

**3.13** Nonpriority creditor's name and mailing address

Prosperum Cap. Partners LLC
8 W. 36th St., 7th Fl.
New York, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ $25,674.00

**3.14** Nonpriority creditor's name and mailing address

Restructure Partners I, LLC
The Krupnick Firm
56 Hammond Rd.
Glen Cove, NY 11542

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ $8,020.00

**3.15** Nonpriority creditor's name and mailing address

Square Fin. Svcs. Inc.
3165 E. Millrock Dr.
Ste. 160
Salt Lake City, UT 84121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ $2,865.00

**3.16** Nonpriority creditor's name and mailing address

Tov
30 Cornell Peak
Pomona, NY 10970

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 7,672.00

Debtor ___Jerusalem Food Services, Inc._____   Case number *(if known)*_____
             Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address

Vaad Harabonim of
Metrowest NJ Inc.
293 Eisenhower Parkway
Livingston, NJ 07039

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Vendor

$ 2,775.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address

Jabe Investments LLC

3 Cobblewood Rd
Livingston, NJ 07039

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
● Unliquidated
● Disputed

Basis for the claim:  Landlord/Tenant Dispute

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

**3.19** Nonpriority creditor's name and mailing address

Epstein Ostrove

200 Metroplex Drive, Ste 304

Edison, NJ 08817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Fees

$ $37,939.82

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

**3.20** Nonpriority creditor's name and mailing address

Hebrew Free Loan of New Jersey

256 Columbia Turnpike
Florham Park, NJ 07932

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 14,600.00

Date or dates debt was incurred   8/1/2021
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.__** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____Jerusalem Food Services, Inc._____     Case number (if known)_____
             Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. The Krupnick Firm<br>56 Hammond Rd.<br>Glen Cove, NY 11542 | Line 3.1<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. Commercial Asset Recovery<br>1330 Ave. of the Americas<br>Ste. 23A<br>New York, NY 10019 | Line 3.6<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. Ariel Bouskila, Esq.<br>Berkovitch & Bouskila, PLLC<br>1545 Rt. 202<br>Pomona, NY 10970 | Line 3.9<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. Beinhaker and Beinhaker, LLC<br>20 South Street, Ste 2A<br>Morristown, New Jersey 07960 | Line 3.18<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.1. Advanced Recovery Group<br>30 Two Bridges Rd., Ste. 100<br>Fairfield, NJ 07004 | Line 3.5<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. Roach & Murtha Attorneys at Law, PC<br>500 Bi County Blvd, Ste 120<br>Farmingdale, NY 11735 | Line 3.13<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Jerusalem Food Services, Inc._____    Case number (if known)_____
              Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ $489,117.82 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ $489,117.82 |

**Fill in this information to identify the case:**

Debtor name ___Jerusalem Food Services, Inc._____

United States Bankruptcy Court for the: _____ District of ___New Jersey___
                                                                                      (State)

Case number (If known): _____ Chapter ___11___

❑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ● Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease of the location of the restaurant business | Jabe Investments LLC<br>3 Cobblewood Rd<br>Livingston, NJ 07039 |
| --- | --- | --- | --- |
| | State the term remaining | unknown | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Jerusalem Food Services, Inc.__

United States Bankruptcy Court for the:_____ District of __New Jersey__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ● Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | David Matthew | 9 Olden Rd.,<br>Street<br>Edison, NJ 08817<br>City / State / ZIP Code | US Small Business Administration | ● D<br>☐ E/F<br>☐ G |
| 2.2 | Jay Matthew | 3 Cobblewood Rd<br>Street<br>Livingston, NJ 07039<br>City / State / ZIP Code | Hebrew Free Loan of New Jersey | ☐ D<br>● E/F<br>☐ G |
| 2.3 | Menachem Deitcher | 2707 North Paulina<br>Street<br>Chicago, IL 60614<br>City / State / ZIP Code | Hebrew Free Loan of New Jersey | ☐ D<br>● E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | Street _____<br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____<br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    Jerusalem Food Services, Inc.

United States Bankruptcy Court for the:_____    District of    New Jersey
                                                                              (State)

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................
    $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................
    $ 62,987.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................
    $ 62,987.00

---

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........
    $ $528,999.82

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................................
    $ _____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................
    + $ $489,117.82

4.  **Total liabilities**..............................................................................................
    Lines 2 + 3a + 3b
    $1,018,117.64

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __Jerusalem Food Services, Inc.__

United States Bankruptcy Court for the: _____ District of __New Jersey__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From 10/01/2024 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $588,450.00 |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $1,660,761.00 |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $1,311,281.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor    Jerusalem Food Services, Inc.
Name

Case number (if known)_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name _____ Street _____ _____ City        State    ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |
| 4.2. | _____ Insider's name _____ Street _____ _____ City        State    ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |

Debtor    Jerusalem Food Services, Inc.                                    Case number *(if known)*_____
_____
*Name*

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor,
sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| _____ | _____ | _____ | |
| Creditor's name | _____ | | |
| Street | | | |
| City            State      ZIP Code | | | |
| 5.2. | | | $_____ |
| _____ | _____ | _____ | |
| Creditor's name | _____ | | |
| Street | | | |
| City            State      ZIP Code | _____ | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of
the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Creditor's name | _____ | | |
| Street | | | |
| _____ | Last 4 digits of account number: XXXX–__ __ __ __ | | |
| City            State      ZIP Code | | | |

<div style="background:black;color:white;padding:2px"><b>Part 3:</b>   <b>Legal Actions or Assignments</b></div>

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached addendum | _____ | Name _____ | ☐ Pending  ☐ On appeal  ☐ Concluded |
| | Case number | | Street _____ | |
| | _____ | | City       State       ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending  ☐ On appeal  ☐ Concluded |
| | _____ | _____ | Name _____ | |
| | Case number | | Street _____ | |
| | _____ | | City       State       ZIP Code | |

Debtor ___Jerusalem Food Services, Inc._____   Case number (if known)_____
　　　　　Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

● None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | | Street |
| City　　State　　ZIP Code | **Case number** | |
| | | City　　State　　ZIP Code |
| | **Date of order or assignment** | |

---

**Part 4:**　**Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

● None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City　　State　　ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City　　State　　ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:**　**Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

● None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ | _____ | _____ | $_____ |

---

Debtor    Jerusalem Food Services, Inc.    Case number (if known)
                Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Law Offices of Herbert K. Ryder, LLC | | 05/22/2024 | $ 3738.00 |
| **Address** | | | |
| 531 U.S. Highway 22 East, Suite 182,  <br> Street | | | |
| Whitehouse Station, NJ 08889-3695 <br> City        State        ZIP Code | | | |
| **Email or website address** <br> www.hkryderlaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. The Krupnick Firm | | 11/2022-5/2024 | $ 98,026.00 |
| **Address** | | | |
| Street <br> 56 Hammond Rd. | | | |
| Glen Cove        NY        11542 <br> City        State        ZIP Code | | | |
| **Email or website address** <br> https://krupnickfirm.com/ | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor    Jerusalem Food Services, Inc. _____        Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

◑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City         State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City         State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

● Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | Street | | From _____ | To _____ |
| | _____ | | | |
| | City         State     ZIP Code | | | |
| 14.2. | Street | | From _____ | To _____ |
| | _____ | | | |
| | City         State     ZIP Code | | | |

Debtor    __Jerusalem Food Services, Inc.__    Case number (if known)_____
          Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:* |
| | _____<br>City   State   ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:* |
| | _____<br>City   State   ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

---

Debtor    Jerusalem Food Services, Inc.
          Name                                              Case number (if known)_____

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor    __Jerusalem Food Services, Inc.__    Case number *(if known)*_____
                Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    **Jerusalem Food Services, Inc.**                Case number *(if known)*_____
                    Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

● No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

● None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ - __ __ __ __ __ __ __ |
| _____<br>Name | _____ | **Dates business existed** |
| _____<br>Street | _____ | |
| _____ | | From _____  To _____ |
| City          State     ZIP Code | | |
| 25.2. **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| _____<br>Name | _____ | **Dates business existed** |
| _____<br>Street | _____ | |
| _____ | | From _____  To _____ |
| City          State     ZIP Code | | |
| 25.3. **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| _____<br>Name | _____ | **Dates business existed** |
| _____<br>Street | _____ | |
| _____ | | From _____  To _____ |
| City          State     ZIP Code | | |

Debtor    Jerusalem Food Services, Inc.
_____    Case number (if known)_____
Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From 2016 To 2024 |
| Joe Mazziotti CPA | |
| Name | |
| 195 Fairfield Ave., Ste. 4C | |
| Street | |
| West Caldwell      NJ      07006 | |
| City      State      ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |
| Name | |
| Street | |
| City      State      ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City      State      ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ To _____ |
| Name | |
| Street | |
| City      State      ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City      State      ZIP Code | |

Debtor   __Jerusalem Food Services, Inc._____    Case number (if known)_____
         Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ Name | _____ |
|  | _____ Street | _____ |
|  | _____ | _____ |
|  | _____ City          State          ZIP Code |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

⬛ None

|  | Name and address |
|---|---|
|  | **Name and address** |
| 26d.1. | _____ Name |
|  | _____ Street |
|  | _____ |
|  | _____ City          State          ZIP Code |
|  | **Name and address** |
| 26d.2. | _____ Name |
|  | _____ Street |
|  | _____ |
|  | _____ City          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

⬛ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

| 27.1. | _____ Name |
|---|---|
|  | _____ Street |
|  | _____ |
|  | _____ City          State          ZIP Code |

Debtor    **Jerusalem Food Services, Inc.**                    Case number *(if known)* _____
      Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.
    _____
    Name
    _____
    Street
    _____
    City        State     ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Matthew | 9 Olden Rd., Edison, NJ 08817 | President | 100 |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. David Matthew<br>Name<br>9 Olden Rd.<br>Street<br><br>Edison    NJ    08817<br>City   State   ZIP Code<br>Relationship to debtor<br>President and sole shareholder | $91,392.15 | weekly from 5/23/23 to 5/24/24 | Salary – The amount listed reflects the total of receipt of weekly salary after tax withholdings for the past year. |

Debtor    **Jerusalem Food Services, Inc.**
Name

Case number (if known)_____

**Name and address of recipient**

30.2    Name

Street

City                              State        ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
   ⬛ No
   ☐ Yes. Identify below.

   Name of the parent corporation                              Employer Identification number of the parent corporation

   _____                    EIN: __ __ - __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
   ⬛ No
   ☐ Yes. Identify below.

   Name of the pension fund                                    Employer Identification number of the pension fund

   _____                    EIN: __ __ - __ __ __ __ __ __ __

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05 - 26 - 2024
               MM / DD / YYYY

✗ _____         Printed name    David Matthew
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President

---

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
⬛ Yes

*In re Jerusalem Food Services, Inc.* **(Bankr. D.N.J.)**

**Addendum to Statement of Financial Affairs**

7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case | Nature of Case | Court | Status of Case |
|---|---|---|---|
| *Jabe Investments LLC v. Jerusalem Food Services, Inc.*, ESX-L-4574-23; ESX-L-585-23 (administratively consolidated) | Contract | New Jersey Superior Court 495 Dr. Martin Luther King, Jr. Blvd. Newark, New Jersey 07102 | Pending |
| *Jabe Investments LLC v. Jerusalem Food Services, Inc.*, ESX-LT-23811-23 | Landlord/Tenant | New Jersey Superior Court 495 Dr. Martin Luther King, Jr. Blvd. Newark, New Jersey 07102 | Pending |
| *Barbosa v. Jerusalem Food Services, Inc.*, 2:23-cv-21179-BRM-JRA | Fair Labor Standards Act | District of New Jersey Martin Luther King Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07102 | Pending |
| *Prosperum Capital Partners LLC v. Jerusalem Food Service, Inc.*, 621018/2023 | Contract | Supreme Court of the State of New York, County of Suffolk 1 Court Street Riverhead, NY 11901 | Pending |

LAW OFFICES OF HERBERT K. RYDER LLC
531 U.S. Highway 22 East, Suite 182
Whitehouse Station, NJ 08889-3695
Phone: (908) 838-0543
Fax: (908) 838-0544
Herbert K. Ryder 01964-1999

*Proposed Counsel for Debtor*
*and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Hon. _____ |
| Jerusalem Food Services, Inc., | Case No. _____ |
| Debtor. | Chapter 11 |

## CORPORATE OWNERSHIP STATEMENT,
## PER BANKRUPTCY RULE 1007(a)(1)

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Jerusalem Food Services, Inc., the debtor in the bankruptcy case captioned above, hereby states as follows:

1.    Jerusalem Food Services, Inc. is a corporation under the laws of the State of New Jersey.

2.    Jerusalem Food Services, Inc. does not have any parent corporation or other publicly held corporation holding 10% or more of its interests.

Dated: May 27, 2024

LAW OFFICES OF
HERBERT K. RYDER LLC

By: _____
Herbert K. Ryder

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of New Jersey _____

**In re**

Jerusalem Food Services, Inc.                Case No. _____

**Debtor**                                              Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 300.00 per hour

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 2,000.00 plus $1,738.00 court fee

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ To be determined

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)     DJJR Food Inc. (affiliated business)
                                             David Matthew (sole shareholder)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   Negotiate a sale of the real property to a qualified buyer to satisfy claims against the estate, and seek Court approval of same.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/27/2024
_____
Date

_____
Signature of Attorney

**Law Offices of Herbert K. Ryder, LLC**
_____
Name of law firm

LAW OFFICES OF HERBERT K. RYDER LLC
531 U.S. Highway 22 East, Suite 182
Whitehouse Station, NJ 08889-3695
Phone: (908) 838-0543
Fax: (908) 838-0544
Herbert K. Ryder 01964-1999

*Proposed Attorney for Debtor*
*and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Hon. |
| Jerusalem Food Services, Inc., | Case No. |
| Debtor. | Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, Jerusalem Food Services, Inc., the debtor in the bankruptcy case captioned above, hereby states as follows:

1. The following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| David Matthew 9 Olden Rd. Edison, NJ 08817 | Common stock | 100% | Shareholder |

2. I, the sole shareholder and president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: May 27, 2024

By: _____
David Matthew